UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND



Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

July 21, 2006

Chris Murray, #238-171
Box 534-X
Jessup, Maryland 20794

      Re: <u>Allen v. Conte</u>, Civil No. L-85-1970

Dear Mr. Murray:

  The Court is in receipt of your letter alleging violations of the Consent Decree in the above case. As explained below, this Court no longer has jurisdiction over your complaints and is returning your letter to you for safe-keeping.

  On April 16, 1996, Congress passed the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, 110 Stat. 1321, §§ 801-810 (amending 18 U.S.C. § 3626). In accordance with that Act, by Order dated May 16, 1997, the Court terminated the <u>Allen v. Conte</u> Consent Decree, thereby also terminating the Court's jurisdiction over your complaints.

  However, the State has agreed to review concerns about the Administrative Remedy Procedures ("ARP") raised on an informal basis by the Prisoner Rights Information System of Maryland, Inc. ("PRISM"). Although specific remedies may be unavailable in your case, you may nevertheless wish to forward your complaints to PRISM in order to keep it apprised of general complaints concerning the ARP.[1]

              Very truly yours,

              Benson Everett Legg

Enclosure

c: Court File

---

[1] You may contact PRISM at the following address: 100 Church Alley, Chestertown, Maryland 21620.

C/M CHAMBERS 7-28-06