TO: Honorable Benson Everett Legg

FR: Mr. Chris Murray, #238-171

RE: Administrative Remedy Procedures

DT: February 28, 2006

RECEIVED IN THE CHAMBERS OF
BENSON EVERETT LEGG

MAR – 7 2006

UNITED STATES DISTRICT JUDGE

Dear Judge Legg,

I am submitting this letter asking that it be treated as a motion in the matter of the class action suit of <u>ALLEN V. CONTE</u>, No. L-85-1970.

Judge Legg, the reason for this request is because the consent decree reached in the Allen v. Conte is constantly being violated by the "Institutional Remedy Coordinators" in the institution where I am confined. Even the Commissioner's Office has constantly violated the mandates of the 185-series that governs the rules of the ARP process. My complaints have all fallen on deaf ears or were totally ignored. So, I am writing as a member of the class in the <u>ALLEN V. CONTE</u>, No. L-85-1970.

Judge Legg, the Division of Correction Directives 185-101, Time Frames, states that, "the warden or the Commissioner has 30 days from the date of receipt to respond" to the remedy filed with them. However, on numerous occasions they refuse to respond within the 30 days. On the other side though, if you file an Untimely Appeal to the Commissioner, he will find your appeal meritorious in part, yet there is no sanction. All he does is ask that the warden respond to the remedy. And many times the warden still refuses to respond and many of the ARP's are not responded to at all.

Respectfully submitted,

*Chris Murray, 238-171*

Chris Murray, #238-171